UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    KENNETH I. HARMAN    : Bankruptcy No. 17-15422REF
:
    Debtor(s)    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed without Prejudice.

1/11/18

FOR THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

James L. Davis, Esq.
234 N. Sixth Street
Reading, PA 19601

Kenneth I. Harman
P. O. Box 561
Birdsboro, PA 19508

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107