United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 17-15422-ref
Kenneth I. Harman                                                 Chapter 13
Kenneth I. Harman
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv                  Page 1 of 1              Date Rcvd: Jan 11, 2018
                              Form ID: pdf900            Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.
```
db          +Kenneth I. Harman,    MAILING ADDRESS,    P O Box 561,    Birdsboro, PA 19508-0561
db           Kenneth I. Harman,    3198 Golfcourse Road,    Birdsboro, PA  19508
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13968830    +Chase Bank, National association,    c/o JPMorgan,    3415 Vision Drive,
              Columbus, OH 43219-6009
13968833    +Navient,    123 Justison Street, 3rd Floor,    Wilmington, DE 19801-5360
14008829     Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
13968831    +Samantha Gable, Esquire,    Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,
              King Of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Jan 12 2018 03:03:29      Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2018 03:03:08
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2018 03:03:34      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:13      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13965902    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2018 03:23:29
              PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13968832    +E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2018 03:03:56
              SPS Serlect Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14029780     E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2018 03:03:56      U.S. Bank NA, et al,
              c/o SPS Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES L. DAVIS    on behalf of Debtor Kenneth I. Harman jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank NA, successor trustee to Wachovia Bank,
               N.A., et al... bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank NA et al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
    KENNETH I. HARMAN           : Bankruptcy No. 17-15422REF
                                          :
    Debtor(s)                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed without Prejudice.

1/11/18

FOR THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

James L. Davis, Esq.
234 N. Sixth Street
Reading, PA 19601

Kenneth I. Harman
P. O. Box 561
Birdsboro, PA 19508

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107